# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **TROPICAL BELT, INC.** <br><br> DEBTOR(S) | CASE NO. 11-08894 (EAG) <br><br> CHAPTER 11 |

## DEBTOR'S MOTION FOR ENLARGEMENT OF TIME TO FILE SCHEDULES AND STATEMENTS

TO THE HONORABLE COURT:

Comes now Debtors and very respectfully allege and pray as follows:

1. On October 14, 2011, the appearing Debtor filed a petition for reorganization under the provisions of Chapter 11 of the Bankruptcy Code.

2. The Debtor, pursuant to Fed. R. Bankr. P. 9006, requests that the term provided by Fed. R. Bankr. P. 1007(c) to file the schedules and statements be extended by an additional fourteen (14) day period from the term required by Fed. R. Bankr. P. 1007.

3. As grounds for this motion, Debtor respectfully states that this extension is required because this was an emergency filing made to stay the sale in public auction of Debtors' income producing asset, which requires the review of many documents, some of which have yet to provided to counsel. At present, the undersigned is in the process of preparation of the schedules and statements required to be filed in this case. Debtor estimates that an additional term of fourteen (14) days will be enough to present its completed schedules and statements.

WHEREFORE, Debtor respectfully prays from this Honorable Court to take notice of the information provided above and grant the extension of time requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to all CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this October 26th, 2011.

S/JOSE L. JIMENEZ QUINONES
Jose L. Jimenez Quinones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-691-2458
FAX: 787-731-5721
jimenezlawoffice@gmail.com
